IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable R. Brooke Jackson

Criminal Case No. 11-CR-0416-RBJ

UNITED STATES OF AMERICA,

v.

1. MALCOLM REID MCDONALD, JR.,

Defendant.

---

## MINUTE ORDER SETTING CHANGE OF PLEA HEARING

---

**Entered by Judge R. Brooke Jackson**

A Notice of Disposition was filed on November 15, 2011 [Docket No.10]. The Trial Preparation Conference set for **December 9, 2011 at 10:00 a.m.** is now converted to a Change of Plea hearing. Counsel for the parties shall email a courtesy copy of all change of plea documents separately to Chambers and to the Probation Department not later than 48 hours before the change of plea hearing. *See* D.C.COLO.LCrR 11.1C. On the date of the hearing, counsel shall bring with them an original and one copy of the plea agreement and the statement in advance. *See* D.C.COLO.LCrR 11.1F.

The Plea Agreement and Statement Relevant to Sentencing required by D.C.COLO.LCrR 11.1C (in the form prescribed by Appendix J) shall also include a separate section identifying each essential element required by law for the commission of each criminal offense to which the defendant intends to enter a plea of guilty.

DATED this 15th day of November, 2011.