IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Courtroom Deputy: Laura Galera | Date: February 24, 2012 |
| Court Reporter:   Kara Spitler | Probation: Katrina Devine |

Criminal Action No. 11-cr-00416-RBJ-1

*Parties*:                                                                 *Counsel*:

UNITED STATES OF AMERICA,                       Kurt Bohn

   Plaintiff,

v.

MALCOLM REID MCDONALD, JR.,               Edward A. Pluss

   Defendant.

## SENTENCING MINUTES

**9:10 a.m.     Court in session.**

Appearances of counsel.

Defendant is present in custody.

Defendant entered his plea of GUILTY on December 9, 2011 to Count One of the Indictment.

Argument by Mr. Pluss as to sentencing and the Request for Variance from Guideline Sentence Pursuant to 18 U.S.C. § 3553(a) Doc.# [17].

Argument by Mr. Bohn as to sentencing and the Request for Variance from Guideline Sentence Pursuant to 18 U.S.C. § 3553(a) Doc.# [17].

Statement by Mr. McDonald as to sentencing.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

**ORDERED:** Request for Variance from Guideline Sentence Pursuant to 18 U.S.C. § 3553(a) Doc.# [17] is DENIED.

**ORDERED:** Defendant shall be **imprisoned** for **a term of SIXTY-THREE (63)** months.

Court RECOMMENDS that defendant receive credit for **225** days spent in custody.

**ORDERED:** Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **THREE (3)** years.

**ORDERED:** **Conditions** of Supervised Release that:
- (**X**) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (**X**) Defendant shall not commit another federal, state or local crime.
- (**X**) Defendant shall not illegally possess controlled substances.
- (**X**) Defendant shall not possess a firearm or destructive device.
- (**X**) Defendant shall comply with standard conditions recommended by U.S. Sentencing Commission.
- (**X**) Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (**X**) Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.

**ORDERED:** **Special Condition** of Supervised Release that:
- (**X**) Defendant shall participate in and successfully complete a program of testing and treatment for (drug/alcohol abuse as directed by the probation officer until such time as defendant is released from the program by the probation officer. Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. (Defendant will be required to pay the cost of treatment as directed by the probation officer.
- (**X**) Defendant shall comply with the terms and conditions for payment of the special assessment imposed by this judgment.
- (**X**) Defendant shall pay any **special assessment** imposed by this judgment, and that remains unpaid at the commencement of the term of supervised release.

**ORDERED:** Defendant shall pay **$100** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:** Defendant advised of his right to appeal.

**ORDERED:** Defendant is REMANDED to the custody of the U.S. Marshal.

**9:43 a.m.** **Court in recess.**

Hearing concluded.

Total Time: 00:33